August 31, 2007

Mr. Robert M. Roach Jr.
Cook & Roach, L.L.P.
201 Lavaca, Suite 717
Austin, TX 78701
Mr. Morris Tabak
Law Offices of Lin & Associates
11205 Bellaire Blvd., Suite B31
Houston, TX 77072

RE: Case Number: 05-1100
 Court of Appeals Number: 08-04-00200-CV
 Trial Court Number: 2002-63463

Style: NOEMI GUEVARA
 v.
 CORAZON LABAO FERRER, AN HEIR & ASSIGNEE OF ARTURO LABAO

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Charles |
| |Bacarisse |